**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia A. Sanderson (Bar No. 240241)
Alison B. Kwan (Bar No. 267884)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com
alison@KRInternetLaw.com

Attorneys for Plaintiff National Photo Group, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL PHOTO GROUP, LLC**, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**YOUN PLASTIC SURGERY, PLLC**, a Michigan professional limited liability company, **ANTHONY YOUN**, an individual, and **DOES 1-10**, inclusive,<br><br>Defendants. | Case No. 2:13-cv-00570-CAS-AGR<br><br>**JOINT NOTICE OF SETTLEMENT** |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2  RECORD:
3  PLEASE TAKE NOTICE that Plaintiff National Photo Group, LLC
4  ("NPG") and Defendants Youn Plastic Surgery, PLLC and Anthony Youn
5  (collectively, "Youn") hereby inform the Court that they are finalizing a
6  settlement agreement in this matter. NPG and Youn anticipate filing a
7  Notice of Dismissal within thirty days of filing this Joint Notice of Settlement.

Respectfully submitted,

DATED: August 2, 2013        **KRONENBERGER ROSENFELD, LLP**

By:  _____s/ Alison B. Kwan_____
         Alison B. Kwan

Attorneys for Plaintiff National Photo Group, LLC

DATED: August 2, 2013        **WILLIS DePASQUALE, LLP**

By:  _____s/ Colrena K. Johnson_____
         Colrena K. Johnson

Attorneys for Defendants Youn Plastic Surgery, PLLC and Anthony Youn



**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-4.3.4 for The United States District Court for the Central District of California, I, Alison B. Kwan, hereby attest that the concurrence to the filing of this Joint Notice of Settlement has been obtained from Colrena K. Johnson, who has provided the conformed signature above.

                                                s/ Alison B. Kwan  
                                                Alison B. Kwan