# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL PHOTO GROUP, LLC**, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**YOUN PLASTIC SURGERY, PLLC**, a Michigan professional limited liability company, **ANTHONY YOUN**, an individual, and **DOES 1-10**, inclusive,<br><br>Defendants. | Case No. 2:13-cv-00570-CAS-AGR<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Before the Court is the Stipulation for Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS HEREBY ORDERED that the above-captioned action and all claims therein are hereby dismissed with prejudice pursuant to Federal Rule

///

///

1 of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys'
2 fees and costs.

3
4 Dated: September 3, 2013

*[signature: Christina A. Snyder]*

The Hon. Christina A. Snyder
UNITED STATES DISTRICT JUDGE